# RETURN

☒ FILED  ☐ LODGED

Apr 18 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 25-04878MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4-18-25 | 4-18-25 11:06 AM | N/A |

**INVENTORY MADE IN THE PRESENCE OF**

W. Akins / A. Atayde

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

125 grams of marijuana wax

Packaging material

325 grams of counterfeit Xanax

Packaging material

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 4-18-25

_____
Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title